EVELYN WALKOWITZ v. 1974 DMG DISTRIBUTING CO., INC.

November 12, 1984.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF JAMES FRANCIS
CARTY FOR LICENSURE AS A CASINO EMPLOYEE IN THE
POSITION OF SECURITY OFFICER.

November 12, 1984.

Petition for certification denied.

RONNIE REED v. TWIN CITY ROLLER RINK.

November 12, 1984.

Petition for certification denied.

PEOPLES NATIONAL BANK OF ROCKLAND COUNTY v.
AVIAN TRUCKING CORP.

November 12, 1984.

Petition for certification denied.